IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

United States of America,

        Plantiff,                                ORDER

        v.                                        10-CR-79-WMC-01

Carlos Solis,

        Defendant

---

The defendant, Carlos Solis was sentenced in this court on October 26, 2010. Because the amount of restitution had not been determined, a hearing was set for November 30, 2010.

The government and the defendant have stipulated to an amount of $469,535 in restitution owing to Park Bank in Madison, Wisconsin. This amount is based on supporting documentation of loss suffered by the bank as related to the defendant's conduct.

ORDER

IT IS ORDERED that the defendant pay $469,535 in restitution, joint and several with any other individuals convicted in related cases, to Park Bank, attention Security Administrator, 1815 Greeway Cross, Madison, WI 53713. This amount is due payable immediately to the Clerk of Court for the Western District of Wisconsin for disbursement to Park Bank.

The defendant does not have the economic resources to allow for payment of the full amount of restitution at this time. Nominal payments of a minimum of $200 per month are to commence within 30 days of his release from custody pursuant to 18 U.S.C. § 3664(f)(3)(B).

No interest is to accrue on the unpaid portion of the restitution.

Entered this 6th day of December, 2010.

                                                            BY THE COURT,

                                                            /s/

                                                            William M. Conley
                                                            U.S. District Judge